IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| UNITED STATES OF AMERICA | : |
| :--- | :--- |
| v. | : CRIM. NO. JKB-16-363 |
| GERALD THOMAS JOHNSON et al., | : |
| Defendant. | : |

oOo

## GOVERNMENT'S EXHIBIT LIST
### October 10-11, 2017 Motions Hearing

| Exhibit Number | Description | Identified | Admitted |
| :---: | :--- | :---: | :---: |
| 1 | Map depicting location of Kenneth Jones' arrest on April 11, 2011 | 10/10/17 | 10/10/17 |
| 2a-c | Photos taken in connection with Kenneth Jones' arrest on April 11, 2011  *2A, B   10/10/17* | 10/10/17 | 10/10/17 |
| 3a | Miranda waiver form presented to Wesley Brown on April 26, 2013 (refused) | 10/10/17 | 10/10/17 |
| 3b | Miranda waiver form executed by Lacritia Keene on April 26, 2013 | 10/10/17 | 10/10/17 |
| 3c | Miranda waiver form presented by Britney Carter on April 26, 2013 (refused) | 10/10/17 | 10/10/17 |
| 3d | Miranda waiver form presented to Tavon Thompson on April 26, 2013 (refused) | 10/10/17 | 10/10/17 |
| 4a | May 9, 2013 Exigent Request to AT&T for information associated with 443-310-7094 | | |
| 4b | May 10, 2013 Application for Pen Register/Trap & Trace | | |
| 4c | May 10, 2013 Order Authorizing Installation of Pen Register/Trap & Trace | | |

| | | | |
|---|---|---|---|
| 4d | May 10, 2013 fax to AT&T | | |
| 5 | Map of 2200 block of Barclay Street | | |
| 6 | Photograph of white iPhone seized from Wesley Brown on May 14, 2013 | | |
| 7 | Recordings from FBI wiretap of Deandre Dorsey's telephone | 10/10/17 | 10/10/17 |
| 8 | February 4, 2017 Exigent Request to T-Mobile | 10/10/17 | ONLY |
| 9a | February 4, 2017 location alert and map (10:50 p.m.) | 10/10/17 | 10/10/17 |
| 9b | February 4, 2017 location alert and map (11:05 p.m.) | 10/10/17 | 10/10/17 |
| 9c | February 4, 2017 location alert and map (11:20 p.m.) | 10/10/17 | 10/10/17 |
| 10 | Map of intersection – Pioneer Drive & Roselawn Ave. | | |
| 11a | Photo of 5617 Pioneer Drive | 10/10/17 | 10/10/17 |
| 11b | Photograph of silver Honda parked outside 5617 Pioneer Drive | | |
| 12 | Video Retrieval Request form relating to Montel Harvey's November 2, 2012 arrest | | |
| 13 | Disc of CCTV footage relating to Montel Harvey's November 2, 2012 arrest | | |
| 14 | Video Retrieval Request form relating to Montel Harvey's May 29, 2013 arrest | | |
| 15 | Disc of CCTV footage relating to Montel Harvey's May 29, 2013 arrest | | |

| | | | |
|---|---|---|---|
| 16 | Map depicting location of Montel Harvey's arrest on November 2, 2012 | | |
| 17 | Screen captures of CCTV footage relating to Montel Harvey's arrest on November 2, 2012 | | |
| 18 | Map depicting location of Montel Harvey's arrest on May 29, 2013 | | |
| 19 | Screen captures of CCTV footage relating to Montel Harvey's arrest on May 29, 2013 | | |
| 20 | Map depicting location of Montel Harvey's arrest on July 6, 2013 | | |
| 21 | Map depicting location of Joseph Bonds' arrest on October 23, 2013  10/11/17-J.Bonds | | |
| 22 | Towed Vehicle Report relating to Joseph Bonds' arrest on October 23, 2013 | 10/11/17 | 10/11/2017 |
| 23 | Baltimore Police Department Procedures Governing Towing Vehicles, Effective June 6, 1996 | 10/11/17 | 10/11/17 |
| | | | |
| | | | |
| | | | |
| | | | |